**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

IVAN ESPINOZA, PLAINTIFF
Reg. # 18154-029

v. 2:26CV00091-BSM-JTK

BANKS DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition ("Recommendation") has been sent to United States District Brian S. Miller. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Ivan Espinoza is an inmate at the Forrest City Low Federal Correctional Institution. (Doc. No. 1). Mr. Espinoza submitted a letter titled "My Intention on Future Litigation, and My Request for Help or Insight." (Id.). The letter was docketed as a complaint initiating a federal civil rights lawsuit.

On June 9, 2026, the Court advised Plaintiff that he could proceed with this civil rights action, dismiss this case, or convert this lawsuit to a habeas action. (Doc. No. 2). In the meantime, Mr. Espinoza filed a habeas action, Espinoza v. Humphrey, 2:26-cv-98-JM-BBM (E.D. Ark.).

Mr. Espinoza has filed a Notice explaining that he intended his letter "to serve as evidence for his habeas action." (Doc. No. 3). As mentioned above, Mr. Espinoza's habeas action already has been opened, and a copy of his letter and Notice have been filed in that case.

Because Mr. Espinoza never intended for his letter to initiate this civil rights action, the Court recommends this lawsuit be dismissed without prejudice.

IT IS SO ORDERED this 1st day of July, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE