# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**IVAN ESPINOZA**                                                    **PLAINTIFF**
**Reg No. 18154-029**

**v.**                            **CASE NO. 2:26-CV-00091-BSM**

**BANKS, Unit Manager**                                            **DEFENDANT**

### ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 5] is adopted, and Ivan Espinoza's complaint is dismissed without prejudice.

IT IS SO ORDERED this 24th day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE