## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**IVAN ESPINOZA**                                                                 **PLAINTIFF**
**Reg No. 18154-029**

**v.**                                        **CASE NO. 2:26-CV-00091-BSM**

**BANKS, Unit Manager**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE